IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 JAN -2 P 4:09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No.: 1:08mc3383-F |
| ANDNYA R. WATFORD, | ) |
| Respondent. | ) |

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

1. This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C.§ § 7402 (b) and 7604 (a), to judicially enforce an Internal Revenue Service summons.

2. Valerie Daniel is a duly commissioned Revenue Officer employed in Small Business/Self-Employed Gulf States Compliance Area, Internal Revenue Service and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulation §301.7602-1, 26 C.F.R. §301.7602-1.

3. The respondent, Andnya R. Watford, resides at 1751 Westgate Parkway, Dothan, AL 36303, within the jurisdiction of this Court.

4. Revenue Officer Valerie Daniel is conducting an investigation into the tax liability of Andnya R. Watford for the following years: 2001, 2003, 2004 and 2005, as set forth in the Declaration of Revenue Officer Valerie Daniel attached hereto as Exhibit 1.

5. The respondent, Andnya R. Watford, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6. On July 26, 2007, an Internal Revenue Service summons was issued by Revenue Officer Valerie Daniel directing the respondent, Andnya R. Watford, to appear before Revenue Officer Valerie Daniel on August 24, 2007 at 1:00 p.m. to testify and bring the summoned records. An attested copy of the summons was personally served on the respondent, Andnya R. Watford, by Revenue Officer Valerie Daniel, on July 26, 2007. The summons is attached hereto and incorporated herein as Exhibit 2.

7. On August 24, 2007, the respondent, Andnya R. Watford, did not appear in response to the summons. Respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Officer Valerie Daniel attached hereto as Exhibit 1.

8. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

9. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summonses in order to properly investigate the

Federal tax liability of Andnya R. Watford for the following years: 2001, 2003, 2004, and 2005, as is evidenced by the Declaration of Revenue Officer Valerie Daniel attached hereto and incorporated herein as part of this petition.

WHEREFORE, petitioner respectfully prays:

A) That the Court issue an order directing the respondent, Andnya R. Watford, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof;

B) That the Court enter an order directing the respondent, Andnya R. Watford, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Valerie Daniel or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Valerie Daniel, or any other proper officer or employee of the Internal Revenue Service;

C) That the United States recover its costs in maintaining this action.

D) That the Court grant such other and further relief as is just and proper.

Respectfully submitted this the 2nd day of January, 2008.

                          LEURA J. CANARY
                          UNITED STATES ATTORNEY

By: _____
    R. Randolph Neeley
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL 36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **rand.neeley@usdoj.gov**

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          )
                                   )
            Petitioner,            )
                                   )
      v.                           ) Civil Action No.
                                   )
ANDNYA R. WATFORD,                 ) 1:08mc3383-F
                                   )
            Respondent             )

RECEIVED
JAN - 3 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## DECLARATION

Valerie Daniel declares:

1.  I am a duly commissioned Revenue Officer employed in the Gulf States Small Business/Self-Employed Compliance Area of the Internal Revenue Service.

2.  In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Andnya R. Watford for the following years: 2001, 2003, 2004, and 2005.

3.  In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on July 26, 2007, an Internal Revenue Service summons to Andnya R. Watford, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4.  In accordance with section 7603 of Title 26, U.S.C., on July 26, 2007, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the

Exhibit 1

respondent, Andnya R. Watford, by personal delivery as evidenced in the certificate of service on the reverse side of the summons.

    5.   On August 24, 2007, the respondent, Andnya R. Watford, did not appear in response to the summons.

    6.   The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

    7.   All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

    8.   It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of Andnya R. Watford for the following years: 2001, 2003, 2004, and 2005.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this _10th_ day of _December_, 2007.

                                   _Valerie Daniel_
                                   Valerie Daniel
                                   Revenue Officer

# EXHIBIT 2



# Summons

In the matter of  **Andnya R Watford, 1751 Westgate Parkway, Dothan, AL 36303**
Internal Revenue Service (Division): **Small Business/Self Employed**
Industry/Area (name or number): **Small Business/Self Employed - Gulf States Area**
Periods: **Income taxes for the calendar years ending December 31, 2001; December 31, 2003; December 31, 2004 and December 31, 2005**

## The Commissioner of Internal Revenue

To:  **Andnya R Watford**
At:  **1751 Westgate Parkway Dothan, AL 36303**

You are hereby summoned and required to appear before Valerie Daniel, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Income taxes for the calendar years ending December 31, 2001; December 31, 2003; December 31, 2004 and December 31, 2005**, including but not limited to: statement of wages for the year(s) **Income taxes for the calendar years ending December 31, 2001; December 31, 2003; December 31, 2004 and December 31, 2005**, statements regarding interest or dividend income for the year(s) **Income taxes for the calendar years ending December 31, 2001; December 31, 2003; December 31, 2004 and December 31, 2005**; employee earnings statements for the year(s) **Income taxes for the calendar years ending December 31, 2001; December 31, 2003; December 31, 2004 and December 31, 2005**; records of deposits to bank accounts during the year(s) **Income taxes for the calendar years ending December 31, 2001; December 31, 2003; December 31, 2004 and December 31, 2005**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Income taxes for the calendar years ending December 31, 2001; December 31, 2003; December 31, 2004 and December 31, 2005** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
  1285 Carmichael Way, Montgomery, AL 36106   334-290-4017

**Place and time for appearance at**    1285 Carmichael Way, Montgomery, AL 36106

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  24th  day of  August , 2007  at  1  o'clock  P  m.

Issued under authority of the Internal Revenue Code this 26th day of July, 2007

_/s/ Valerie Daniel_
Signature of Issuing Officer

Revenue Officer
Title

_____
Signature of Approving Officer (if applicable)

Title

**Original** -- to be kept by IRS

Exhibit 2



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7/26/07 | 10:00 AM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| Valerie Daniel | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)