**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08mc3383-MEF |
| | ) | |
| ANDNYA R. WATFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On 2 January 2008, Plaintiff United States of America filed a Petition to Enforce Internal Revenue Service Summons (Doc. #1). On 7 January 2008, this case was referred to the undersigned for all pretrial proceedings. (Doc. #2). Upon consideration of the petition (Doc. #1) it is

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on **Andnya R. Watford**, by the United States Marshall's Service within 20 days of the date of this Order. It is further

ORDERED **within 14 days of service of copies of this Order**, the petition and exhibits thereto, respondent shall file and serve a written response to the petition.

DONE this 25th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE