### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08mc3383-MEF |
| ) | |
| ANDNYA R. WATFORD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On 2 January 2008, Plaintiff United States of America filed a Petition to Enforce Internal Revenue Service Summons (Doc. #1). On 7 January 2008, this case was referred to the undersigned for all pretrial proceedings. (Doc. #2). On 25 January 2008, this Court ordered (Doc. #3) Defendant to file and serve a written response to the petition within 14 days of service of copies of the order. The United States Marshals Service filed an Acknowledgment of Service, reflecting Defendant was served on 5 Februaury 2008. (Doc. #4). As of this date, Defendant has failed to comply with this Court's Order. Accordingly it is

ORDERED that this matter is set for a hearing **on 24 April 2008**, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Defendant is cautioned that failure to appear may result in the Court holding Defendant in contempt.

DONE this 9th day of April, 2008.

    /s/ Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE