IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:08-mc-3383-MEF-WC |
| | ) |
| ANDNYA R. WATFORD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the petition of the United States to enforce a summons of the Internal Revenue Service which was filed herein on January 2, 2008 (doc. 1). By Order entered January 25, 2008, the defendant was directed to file a written response to the petition within 14 days of service of the Order (doc. 3). Proper service of the Order was completed on February 5, 2008 (doc. 4). The defendant did not respond as ordered in the January 25, 2008, Order and this matter was therefore set for hearing on Thursday, April 24, 2008 at 10:00 a.m. (doc. 5).

Prior to the time scheduled for the hearing, the parties contacted the Court via telephone and the defendant advised that he would be unable to attend the hearing due to transportation problems. During the course of this telephone conference, the parties represented that they believed the issues surrounding the United States' petition for enforcement of the Internal Revenue Service's summons could be resolved between them if allowed a period of 30 days. For this reason, the Court will grant the United States'

oral motion to continue these proceedings.

Of grave concern to the Court in this matter is the defendant's seeming contempt for the Orders of this Court. First, the defendant failed to heed the Court's Order to file a written response to the petition of the United States. Additionally, the defendant acknowledged during the telephone conference of April 24, 2008, that he was aware of his transportation problem for a period of two weeks prior to the time scheduled for the hearing yet he took no actions to resolve this issue other than to report it to the Court on the morning of the scheduled hearing.

This Court's Order setting this matter for a hearing specifically cautioned the defendant that "failure to appear may result in the Court holding Defendant in contempt," (doc. 5). Given the inactions of the defendant and the contempt of this Court's Order which they evidence, the Court is contemplating the imposition of sanctions against the defendant. The Court will refrain from ordering same at this time, but the defendant is strongly cautioned that any further actions/inactions on his part in regards to the Orders of this Court will be closely scrutinized and if found to be contemptuous, the aggregate of the defendant's conduct will be considered in determining the appropriate sanctions.

Accordingly, it is

ORDERED that this matter is reset for a hearing **on May 27**, 2008 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 25th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE