IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| PETITIONER,   ) | |
| ) | |
| v.   ) | Civil Action No.: 1:08-mc-3383-MEF |
| ) | |
| ANDNYA R. WATFORD,   ) | |
| ) | |
| RESPONDENT.   ) | |

**MOTION TO DISMISS**

Comes now the petitioner, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the petition to enforce summons of the Internal Revenue Service be dismissed, and as grounds states as follows:

The undersigned has been advised by employees of the Internal Revenue Service that the respondent, Andnya R. Watford, has fully complied with the terms of the summons for which the United States sought the aid of the Court in enforcing. The respondent having complied to the satisfaction of the United States, this matter is now moot.

WHEREFORE, premises considered, the United States requests that the petition to enforce the summons of the Internal Revenue Service be dismissed.

Respectfully submitted this 14th day of May, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

By:   s/ R. Randolph Neeley
       R. Randolph Neeley
       Assistant United States Attorney
       Bar Number: 9083-E56R
       Post Office Box 197
       Montgomery, AL 36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       E-mail: **rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Andnya R. Watford
1751 Westgate Parkway
Dothan, AL 36303

        s/R. Randolph Neeley
        Assistant United States Attorney