IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08mc3383-MEF |
| | ) | |
| ANDNYA R. WATFORD, | ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

Pursuant to Petitioner's Motion to Dismiss (Doc. #7) filed 14 May 2008, it is

ORDERED, ADJUDGED, and DECREED that this cause is DISMISSED without prejudice. It is further

ORDERED that each party shall bear its own costs, expenses, and fees.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 20th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE